Dorothy Thompson, an Infant, by Joseph Thompson, Her Guardian ad Litem, et al., Respondents, *v.* New York Central Railroad Company, Appellant.

Submitted January 25, 1940; decided March 5, 1940.

*K. O. Mott-Smith* and *Clive C. Handy* for appellant.
*Benjamin Gollay* and *Max Bergman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., FINCH and SEARS, JJ.